
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-00013 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(j) |
| | ) | 18 U.S.C. § 924 |
| [1] BRANDIE NICOLE APPLETON | ) | 18 U.S.C. § 924(c)(1) |
| a.k.a. BRANDIE NICOLE FRANK | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| [2] MATTHEW ALLEN BRUMMITT | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about April 16, 2021, in the Middle District of Tennessee, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT** did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectible amount of morphine and methylphenidate, both Schedule II controlled substances; a quantity of a mixture and substance containing a detectible amount of buprenorphine, a Schedule III controlled substance; and a quantity of a mixture and substance containing a detectible amount of clonazepam and clobazam, both a Schedule IV controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about April 16, 2021, in the Middle District of Tennessee, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT** did knowingly possess a firearm in furtherance of a drug trafficking crime for which she and he may

be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about April 16, 2021, in the Middle District of Tennessee, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT**, knowing she and he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Harrington and Richardson, Inc., model 088, 12 gauge shotgun, marked "Gardner, Mass" on the left side of the receiver, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

On or about April 16, 2021, in the Middle District of Tennessee, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT**, knowing or having reasonable cause to know that it was stolen, possessed stolen ammunition, to wit: Hornady ammunition, Winchester ammunition, and Federal Ammunition, which was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(j) and 924.

## FORFEITURE ALLEGATIONS

1.      Upon conviction of Count Two, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (A)    any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Harrington and Richardson, Inc., model 088, 12 gauge shotgun, marked "Gardner, Mass" on the left side of the receiver, and related ammunition.

2. Upon conviction of Count Three, **BRANDIE NICOLE APPLETON a.k.a. BRANDIE NICOLE FRANK** and **MATTHEW ALLEN BRUMITT** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (A)    any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including the Harrington and Richardson, Inc., model 088, 12 gauge shotgun, marked "Gardner, Mass" on the left side of the receiver and related 12 gauge ammunition,

    (B)    any firearm or ammunition intended to be used in the offense, where such intent is demonstrated by clear or convincing evidence, including the Harrington and Richardson, Inc., model 088, 12 gauge shotgun, marked "Gardner, Mass" on the left side of the receiver and related 12 gauge ammunition.

A TRUE BILL

███████████████

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

*/s/ Rachel M. Stephens*

RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY